COMBS v. PETERS

No. 35 PC.

Case below: 53 N.C. App. 630.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 November 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 November 1981.

CRANFORD v. HELMS

No. 9 PC.

Case below: 53 N.C. App. 337.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 November 1981.

DORSEY v. DORSEY

No. 55 PC.

No. 149 (Fall Term).

Case below: 53 N.C. App. 622.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 3 November 1981.

EDWARDS v. NORTHWESTERN BANK

No. 31 PC.

Case below: 53 N.C. App. 492.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 November 1981.

EMPLOYMENT SECURITY COMMISSION v. LACHMAN

No. 36 PC.

No. 146 (Fall Term).

Case below: 52 N.C. App. 368.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 3 November 1981.